Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19–30288–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Rafael G Sanchez
    26 Summit Street
    Ridgefield Park, NJ 07660

Social Security No.:
    xxx–xx–7137

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/17/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 17, 2020
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-30288-RG
Rafael G Sanchez                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin          Page 1 of 2         Date Rcvd: Jan 17, 2020
                            Form ID: 148          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
```
db          +Rafael G Sanchez,    26 Summit Street,    Ridgefield Park, NJ 07660-1427
cr          +FREEDOM MORTGAGE CORPORATION,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,
              Suite 1400,   Philadelphia, PA 19103-1814
518534301   +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,   Tampa, FL 33634-2413
518557193   +CarMax Auto Finance,    Attn: Bankruptcy Department,    225 Chastain Meadows Court, Ste. 210,
              Kennesaw, GA 30144-5942
518534304   +CarMax Auto Finance,    Attn: Bankruptcy,    Po Box 440609,   Kennesaw, GA 30160-9511
518627751    Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
518626716   +FREEDOM MORTGAGE CORPORATION,    FREEDOM MORTGAGE,    Bankruptcy Department,
              10500 KINCAID DRIVE,    FISHERS IN 46037-9764
518534311   +Freedom Mortgage Corporation,    Attn: Bankruptcy,    907 Pleasant Valley Ave, Ste 3,
              Mt Laurel, NJ 08054-1210
518582230   +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
              c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
              Boca Raton, FL 33487-2853
518534314   +Raymour & Flanigan,    Attn: Bankruptcy,    Po Box 130,   Liverpool, NY 13088-0130
518570689   +Toyota Motor Credit Corporation dba Lexus Financia,    c/o Toyota Motor Credit Corporation,
              PO Box 9013,   Addison, Texas 75001-9013


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2020 00:24:52    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2020 00:24:46    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518613757    EDI: BECKLEE.COM Jan 18 2020 04:58:00    American Express National Bank,
              c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
518534300   +EDI: AMEREXPR.COM Jan 18 2020 04:58:00    Amex,   Correspondence/Bankruptcy,   Po Box 981540,
              El Paso, TX 79998-1540
518534302   +EDI: TSYS2.COM Jan 18 2020 04:58:00    Barclays Bank Delaware,    Attn: Correspondence,
              Po Box 8801,   Wilmington, DE 19899-8801
518534303   +EDI: CAPITALONE.COM Jan 18 2020 04:58:00    Capital One,   Attn: Bankruptcy,   Po Box 30285,
              Salt Lake City, UT 84130-0285
518602020   +EDI: AIS.COM Jan 18 2020 04:58:00    Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
              Oklahoma City, OK 73118-7901
518534305   +EDI: CHASE.COM Jan 18 2020 04:58:00    Chase Card Services,    Attn: Bankruptcy,   Po Box 15298,
              Wilmington, DE 19850-5298
518534307   +EDI: CITICORP.COM Jan 18 2020 04:58:00    Citibank,   Citibank Corp/Centralized Bankruptcy,
              Po Box 790034,   St Louis, MO 63179-0034
518534306   +EDI: CITICORP.COM Jan 18 2020 04:58:00    Citibank,   Centralized Bankruptcy,   Po Box 790034,
              St Louis, MO 63179-0034
518534308   +EDI: CITICORP.COM Jan 18 2020 04:58:00    Citibank/The Home Depot,
              Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,   St Louis, MO 63179-0034
518534309   +EDI: CITICORP.COM Jan 18 2020 04:58:00    Citibankna,   Citibank Corp/Centralized Bankruptcy,
              Po Box 790034,   St Louis, MO 63179-0034
518534310    EDI: DISCOVER.COM Jan 18 2020 04:58:00    Discover Financial,    Attn: Bankruptcy Department,
              Po Box 15316,   Wilmington, DE 19850
518550482    EDI: DISCOVER.COM Jan 18 2020 04:58:00    Discover Bank,   Discover Products Inc,
              PO Box 3025,   New Albany, OH 43054-3025
518646027    EDI: ECMC.COM Jan 18 2020 04:53:00    Educational Credit Management Corporation,
              PO Box 16408,   St. Paul, MN 55116-0408
518541715    E-mail/Text: bankruptcy@hvfcu.org Jan 18 2020 00:25:55    Hudson Valley Credit Union,
              P.O. Box 1071,   Poughkeepsie, NY 12602-1071
518534312   +E-mail/Text: bankruptcy@hvfcu.org Jan 18 2020 00:25:55    Hudson Valley FCU,
              Attn: Bankruptcy,    Po Box 1071,   Poughkeepsie, NY 12602-1071
518534313   +EDI: NAVIENTFKASMSERV.COM Jan 18 2020 04:58:00    Navient,   Attn: Bankruptcy,   Po Box 9640,
              Wilkes-Barre, PA 18773-9640
518646575    EDI: PRA.COM Jan 18 2020 04:58:00    Portfolio Recovery Associates, LLC,
              c/o BARCLAYS BANK DELAWARE,    POB 41067,   Norfolk, VA 23541
518646780    EDI: PRA.COM Jan 18 2020 04:58:00    Portfolio Recovery Associates, LLC,   c/o JET BLUE,
              POB 41067,   Norfolk, VA 23541
518534315    EDI: TFSR.COM Jan 18 2020 04:53:00    Toyota Financial Services,    Attn: Bankruptcy Dept,
              Po Box 8026,   Cedar Rapids, IA 52409
518534316   +EDI: WFFC.COM Jan 18 2020 04:58:00    Wells Fargo Dealer Services,    Attn: Bankruptcy,
              Po Box 19657,   Irvine, CA 92623-9657
                                                                                          TOTAL: 22


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jan 17, 2020
                              Form ID: 148              Total Noticed: 33
```

```
                 ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dba Lexus
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Lazaro  Carvajal    on behalf of Debtor Rafael G Sanchez lazaro@carvajallaw.com,
           carvajallr76101@notify.bestcase.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Robert  Davidow    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5
```